# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Sanchez v. Village of Bartlett, et al.,

Case Number:
FILED: AUGUST 19, 2008
08CV4714
JUDGE ST. EVE
MAGISTRATE JUDGE MASON

BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Andy Sanchez

| | |
|---|---|
| NAME (Type or print) Daniel P. Kiss | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Daniel P. Kiss | |
| FIRM Law Offices of Lawrence V. Jackowiak | |
| STREET ADDRESS 20 North Clark Street, Suite 1700 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6256211 | TELEPHONE NUMBER 312-795-9595 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐  NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐  NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES X  NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES X  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |