# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Andy Sanchez,
V.
Village of Bartlett, et al.,

CASE NUMBER: 08CV4714

ASSIGNED JUDGE: JUDGE ST. EVE

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Bartlett Police Officer Michael Rummell, star 28
Attn: Office of Legal Affairs
228 South Main Street
Bartlett, Illinois 60103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence V. Jackowak
Law Offices of Lawrence V. Jackowiak
20 North Clark Street, Suite 1700
Chicago, Illinois 60602 (312) 795-9595

an answer to the complaint which is herewith served upon you, __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

**(By) DEPUTY CLERK**

**August 19, 2008**
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 8-20-2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Edyta McFarland | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent certified mail to the Bartlett Police Department 228 South Main Street Bartlett, IL 60103

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-20-08
  *Date*        *Signature of Server*

LAW OFFICES OF
LAWRENCE V. JACKOWIAK
20 N. CLARK, SUITE 1700
CHICAGO, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.